IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NORMAN FREEMAN,
and CHRISTY FREEMAN

    Plaintiffs,

v.                                                                                          CASE NO. 5:12-cv-6-RS-GRJ

OLIN CORPORATION
D/B/A WINCHESTER CORPORATION,
a foreign corporation, et al.,

    Defendants.
_____/

## O R D E R

This matter is before the Court upon Plaintiffs' Request for Motion For Discovery. (Doc. 23.)  Defendant Olin Corporation has filed a response in opposition (Doc. 28) and therefore the motion is ripe for review.

This case concerns claims by Plaintiffs alleging they were damaged as a result of ammunition manufactured by Olin Corporation ("Olin") and sold to Plaintiffs by BPS Direct. In their motion, Plaintiffs contend that Olin performed inspections and testing of the rifle and ammunition in 2008 and then returned the rifle and ammunition to the Plaintiffs.  Plaintiffs request that the Court enter an order compelling Olin to provide Plaintiffs with the reports generated as a result of Olin's testing of the rifle and ammunition as well as copies of "any other documents or items pertaining to this case." (Doc. 23 at 1.)

In its response, Olin contends that Plaintiffs' motion is not proper under the Federal Rules of Civil Procedure because as a matter of course a party is not required to file a motion for discovery.  Plaintiffs are directed to Federal Rules of Civil Procedure

26 through 37, which govern discovery in cases in federal district court. Plaintiff should serve discovery requests as provided in these rules before filing a motion for discovery.

Accordingly, upon due consideration, it is **ORDERED** that:

Plaintiffs' Request for Motion For Discovery (Doc. 23) is **DENIED**.

**DONE AND ORDERED** this 30th day of April, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 5:12-cv-6-RS-GRJ*