IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NORMAN FREEMAN,
and CHRISTY FREEMAN

    Plaintiffs,

v.                                                                      CASE NO. 5:12-cv-6-RS-GRJ

OLIN CORPORATION
D/B/A WINCHESTER CORPORATION,
a foreign corporation, et al.,

    Defendants.
_____/

## O R D E R

The initial scheduling order in this case, entered on January 10, 2012, (Doc. 3) directed the parties to conduct their Rule 26(f) conference within 30 days and to file the joint report within 14 days after the parties' Rule 26(f) conference.  On January 24, 2012 the Court stayed the case for a period of 45 days to allow Plaintiffs to obtain substitute counsel. (Doc. 15.)  Plaintiffs have not retained substitute counsel and therefore the stay was lifted on March 14, 2012. (Doc. 16.) Plaintiffs are deemed to be proceeding *pro se* in this case. *Id.*  The parties have not conducted the Rule 26(f) conference and have not filed the joint report.  Consequently, the parties are directed to conduct their Rule 26(f) conference and to file the joint report within 20 days. Upon receipt of the joint report the Court will issue a further case management and scheduling order in this action.

Accordingly, upon due consideration, it is **ORDERED**:

1.     Counsel of record and any unrepresented parties shall confer (personally, by phone, or electronically) as required by Rule 26(f), and file the joint report with the Court [see Form 52] by **May 21, 2012**.

2. Because Plaintiffs are proceeding *pro se* and do not have access to CM/ECF, counsel for Defendant Olin Corporation shall initiate arrangements for the Rule 26(f) conference and shall coordinate the filing of the joint report.

**DONE AND ORDERED** this 30th day of April, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge