## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**NORMAN FREEMAN and CHRISTY FREEMAN,**

       **Plaintiffs,**

**vs.**                      **CASE NO. 5:12-cv-6/RS-GRJ**

**OLIN CORPORATION D/B/A WINCHESTER AMMUNITION, a foreign corporation, et al.,**

       **Defendants.**
_____ /

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 33).  No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss (Doc. 14) is **GRANTED**.

3. Count IV of the Amended Complaint as to Olin Corporation is **DISMISSED with prejudice**.

**ORDERED** on June 4, 2012.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**