THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NORMAN FREEMAN,
and CHRISTY FREEMAN,

    Plaintiffs,

v.                                       CASE NO. 5:12-cv-6-RS-GRJ

OLIN CORPORATION
D/B/A WINCHESTER CORPORATION,
a foreign corporation, et al.,

    Defendants.

_____/

## O R D E R

    This case is before the Court on Doc. 39, Defendant Olin Corporation's motion to compel and for attorney's fees and costs, and Doc. 48, Defendant Olin Corporation's notice of filing an affidavit of counsel regarding the attorney's fees. The Court granted Defendant's motion to compel on August 22, 2012, and directed Plaintiffs to respond to the request for attorney's fees. (Doc. 41.) After considering Plaintiffs' response, the Court granted Defendant's request for attorney's fees on September 6, 2012. (Doc. 45.) The Court directed Defendant to file an affidavit detailing its attorney's fees and expenses, and permitted Plaintiffs to respond to the affidavit. *Id.* Plaintiffs have not filed any response or objection to Defendant's affidavit in support of the fee request, and the time for doing so has expired.

    Defendant requests attorney's fees in the sum of $1,575.20, representing 7.8 hours of attorney time at the rate of $184.00 per hour and 1.0 hours of paralegal time at the rate of $140.00 per hour. Based on the review of the services performed, the Court

finds that the requested hours are reasonable and necessary and that the rate of $184.00 per hour for an associate attorney is within the range of a reasonable hourly rate in the North Florida legal community.  The Court further finds that the rate of $140.00 per hour for a paralegal is within the range of a reasonable hourly rate in the North Florida legal community.  Defendant does not attest to any costs associated with the motion to compel.

Accordingly, it is **ORDERED AND ADJUDGED** that**:**

1.  Defendant Olin Corporation's request for attorney's fees, Doc. 39, is **GRANTED.**

2.  Plaintiffs shall pay the sum of $1,575.20 to Defendant as a sanction for the filing of Defendant's motion to compel.

**DONE AND ORDERED** this 2nd day of October, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge