IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NORMAN FREEMAN,
and CHRISTY FREEMAN

    Plaintiffs,

v.                                           CASE NO. 5:12-cv-6-RS-GRJ

OLIN CORPORATION
D/B/A WINCHESTER CORPORATION,
a foreign corporation, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court upon Defendants' Motion for Designation of Courthouse Facilities for Location of Depositions. (Doc. 70.) Defendants request the Court to make space available at the Courthouse for the depositions of the *pro se* Plaintiffs in this case, Norman and Christy Freeman. Defendants say that conducting the depositions at the Courthouse will be in the best interest of all parties. Defendants represent that they have conferred with the Clerk of Court, and that the Clerk's office has no objection to the request.

Upon due consideration, it is **ORDERED:**

1.     Defendants' Motion for Designation of Courthouse Facilities for Location of Depositions, Doc. 70, is **GRANTED.**

2. The Clerk of Court in the Panama City Courthouse shall make conference room space available on a date or dates mutually agreeable to the parties and the Clerk of Court, for purposes of taking the depositions of Plaintiffs.

**DONE AND ORDERED** this 8th day of November 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge