IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NORMAN FREEMAN,
and CHRISTY FREEMAN

     Plaintiffs,

v.                                             CASE NO. 5:12-cv-6-RS-GRJ

OLIN CORPORATION
D/B/A WINCHESTER CORPORATION,
a foreign corporation, et al.,

     Defendants.

_____/

## O R D E R

     This matter is before the Court upon Plaintiff David Freeman's letter motion to stay proceedings in this case. (Doc. 81.) Defendants have responded to the motion. (Doc. 83.) For the reasons set forth below, the motion to stay is due to be denied.

     Plaintiff requests that the Court stay proceedings in this case "to allow [Plaintiff] time to hopefully retain counsel." (Doc. 81, at 1.) Plaintiff asserts that he is not "familiar with the correct procedure in which the court says one must follow," and that he has had difficulty retaining counsel because he was injured on an attorney's property. Plaintiffs previously requested the Court to stay proceedings in this case on the grounds that they "are not lawyers and are not familiar with the 'rules' associated with the legal process." (Doc. 57, at 1.) That motion was denied on October 9, 2012. (Doc. 60.) As the Court has previously stated, the Court is sympathetic to the Plaintiffs' position as *pro se* litigants. However, any difficulty Plaintiffs have encountered in understanding the litigation process is common to all *pro se* litigants, and the Court itself has explained

Plaintiffs' obligations in detail.  Plaintiffs have not shown good cause to stay the

proceedings in this case while they seek counsel, and a stay would prejudice

Defendants' ability to seek resolution of the issues.  Accordingly, Plaintiffs' motion is

due to be denied.

Accordingly, for the reasons discussed above, it is **ORDERED** that:

Plaintiff David Freeman's letter motion to stay proceedings in this case

(Doc. 81) is **DENIED**.

**DONE AND ORDERED** this 21st day of December 2012.

*s / Gary R. Jones*

GARY R. JONES
United States Magistrate Judge