IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NORMAN FREEMAN,
and CHRISTY FREEMAN

    Plaintiffs,

v.                                                      CASE NO. 5:12-cv-6-RS-GRJ

OLIN CORPORATION
D/B/A WINCHESTER CORPORATION,
a foreign corporation, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court upon Defendants' Motion for Designation of Courthouse Facilities for Location of Mediation. (Doc. 82.) Defendants request the Court to make space available at the Courthouse for the mediation scheduled in this case for January 15, 2013. Defendants say that conducting the mediation at the Courthouse will be in the best interest of all parties. Defendants represent that they have conferred with the Clerk of Court, and that the Clerk's office has no objection to the request. The Court previously granted Defendant's motion for designation of courthouse facilities for depositions to be conducted at a time mutually agreeable to the parties. (Docs. 70, 72.) Accordingly, the instant motion is due to be granted.

Upon due consideration, it is **ORDERED:**

    1.    Defendants' Motion for Designation of Courthouse Facilities for Location of Mediation, Doc. 82, is **GRANTED.**

    2.    The Clerk of Court in the Panama City Courthouse shall make conference

    room space available on January 15, 2013, for purposes of the mediation in this case.

  **DONE AND ORDERED** this 21st day of December 2012.

          *s/Gary R. Jones*
          GARY R. JONES
          United States Magistrate Judge